NUMBER 13-04-570-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE SCOTT P. OGLE 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Per Curiam Memorandum Opinion




         Relator, Scott P. Ogle, filed a petition for writ of mandamus in the above cause
on October 28, 2004. The Court, having examined and fully considered the petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to
the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex.
R. App. P. 52.8(a), (d). 
                                                                        PER CURIAM
Memorandum Opinion delivered and filed
this 28th day of October, 2004.